ATLANTA BOWLING ALLEYS INC. v. HARRISON, Comptroller-general, et al.

ATKINSON, J. 1. Upon a proper construction, the special tax of $50, provided for in paragraph 47 of the general tax act of 1927 (Ga. L. 1927, pp. 56, 71), is an occupation tax upon business; and the tax upon the business of operating a "bowling-alley" as employed in this act refers to the business and not the character of the equipment or number of alleys employed at the place where the business of operating a bowling-alley is conducted.

2. The judge erred in refusing to enjoin collection of the alleged delinquent taxes demanded on the basis of the number of "beds" or "alleys" for bowling, constituting parts of the equipment in each place of business conducted by the plaintiff.

Judgment reversed. All the Justices concur, except Russell, C. J., and Gilbert, J., who dissent.

GILBERT, J., dissenting. The tax levied by the State, in so far as applicable, is as follows: "upon each person, firm or corporation operating for gain a bowling-alley or alley of like character, . . for each . . alley . . the sum of $50." This is a tax levied upon the business of operating a bowling-alley or alleys, graduated according to the number of alleys operated. Properly applied, the tax is $50 for each alley, whether all of the alleys are in the same place of business or in separate locations. Compare Goodwin v. Savannah, 53 Ga. 410; Johnston v. Macon, 62 Ga. 645; Sawtell v. Atlanta, 138 Ga. 687 (75 S. E. 982); Price v. Richardson, 159 Ga. 299 (125 S. E. 449).

No. 7938. FEBRUARY 26, 1931. REHEARING DENIED FEBRUARY 28, 1931.

*Jones, Evins, Powers & Jones,* for plaintiff.

*George M. Napier, attorney-general, T. R. Gress, assistant attorney-general, Robert B. Troutman,* and *Robert S. Sams,* for defendants.